FILED

03/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0176

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0176

_____

REBECCAH SCOTT,

Petitioner,

v.

ELEVENTH JUDICIAL DISTRICT COURT,
FLATHEAD COUNTY, HONORABLE AMY
EDDY, Presiding,

Respondent.

O R D E R

_____

Petitioner Rebeccah Scott seeks a writ of supervisory control to reverse the February 14, 2023 Order Granting Third-Party Petitioner's Ex Parte Emergency Third Party Parenting of the Eleventh Judicial District Court, Flathead County, in its Cause No. DR-19-134A. Petitioner represents that a show-cause hearing regarding temporary third-party parenting issues is now set for April 25.

Having reviewed the Petition and the challenged Order, we deem it appropriate to obtain a summary response. In accordance with M. R. App. P. 14(7),

IT IS THERFORE ORDERED that Janice Scott and David Scott, third-party petitioners; Joshua Richard Taylor, respondent in the underlying parenting matter; and the Eleventh Judicial District Court, are each granted twenty days from the date of this Order, to prepare, file, and serve a response to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of her petition on Joshua Richard Taylor, who is not listed in the certificate of service even though he is a named party to the underlying proceeding.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all parties and counsel of record in the Eleventh Judicial District Court, Flathead County, Cause No. DR-19-134A, and the Honorable Amy Eddy, presiding.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
March 24 2023